No. 817. AMERICAN RAILWAY EXPRESS COMPANY ET AL. *v.* M. F. BRABHAM. February 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina denied. *Mr. Charles W. Stockton* and *Mr. K. E. Stockton* for petitioners. No appearance for respondent.

No. 818. ROBERT J. MCBRIDE *v.* UNITED STATES. February 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry T. Smith* and *Mr. Joseph M. McAleer* for petitioner. *Mr. Aubrey Boyles* for the United States.

No. 781. TAUBEL-SCOTT-KITZMILLER COMPANY, INC., *v.* DAVID J. FOX ET AL., TRUSTEES, ETC. Certiorari to the Circuit Court of Appeals for the Second Circuit. February 26, 1923. Ordered that the motions to vacate the writ of certiorari granted herein or to advance this cause be, and they are hereby, denied. *Mr. Frank J. Hogan* and *Mr. Herman Goldman* for petitioner. *Mr. Irving L. Ernst* for respondents. [See 260 U. S. 719.]

No. 738. WAGNER ELECTRIC MANUFACTURING COMPANY *v.* LAMAR LYNDON ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. February 26, 1923. Petition for a writ of certiorari herein denied. *Mr. Charles A. Houts,* for appellant, in support of the petition. *Mr. Lawrence C. Kingsland* and *Mr. John D. Rippey* for appellees.

No. 776. SOPHIA CHARLES ET AL., ETC., *v.* ROXANA PETROLEUM CORPORATION. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the